STATUS CONFERENCE HELD
DATE: Feb. 3, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #1, 4th Floor

February 3, 2004

2:00 p.m.

CASE NO. **3:01cv1839/1840 (SRU)**    **TIFD v USA**

David J. Curtin
John Galloto
Michael J. Desmond
McKee & Nelson
1919 M St., NW
Suite 800
Washington, DC 20036

Lara E. Ewens
Robert J. Higgins
U.S. Department Of Justice
Tax Division
PO Box 55
Ben Franklin Station
Washington, DC 20044-0055

Suzanne C. Feese
King & Spalding
191 Peachtree St., NE
Atlanta, GA 30303-1763

Anthony M. Fitzgerald
Ann H. Rubin
Carmody & Torrance
195 Church St., PO Box 1950
18th Floor POBox 1950
New Haven, CT 06509-1950

John B. Hughes
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510

Discussed procedures for resolving privilege claims.
Court trial scheduled for 9/7- 9/30/04

William F. Nelson
William S. McKee
McKee & Nelson
1919 M St., NW
Suite 800
Washington, DC 20036

Christine Grant Michaelis
U.S. Department Of Justice
Tax Division
PO Box 55
Ben Franklin Station
Washington, DC 20044-0055

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK